ROY DENMARK et al. v. STATE.

No. A-8581. April 19, 1935.
(43 Pac. [2d] 1118.)

David Tant and Mathers & Mathers, for plaintiffs in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. This is a companion case to Walter A. Brannon v. State, 56 Okla. Cr. 387, 40 Pac. (2d) 1115, decided February 1, 1935.

Defendants are jointly charged with the defendant in that case, and, while tried separately, the judgment rests on the same information and state of facts and is controlled by the decision in that case.

The case is reversed.